UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| DAVID SPENCER GLOVER,<br>Plaintiff | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>Defendant | CASE NUMBER:   1:14-CV-00719-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✖ GRANTED.

  ✖ The clerk is directed to file the complaint.

  ✖ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   15th   day of   May   ,   2014   .


                                        /s/ Barbara A. McAuliffe
                                        Signature of Judicial Officer

                                        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer